JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA ARCEO, et al., | Case No. CV 20-6122 PA (MRWx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In accordance with the Court's October 6, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: October 6, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE